UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Robert Waldheger,** | ) | CASE NO.: 1:09-CV-1372 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE JAMES GWIN** |
| vs. | ) | |
| | ) | <u>**NOTICE OF DISMISSAL**</u> |
| **Tracfone Wireless, Inc.,** | ) | <u>**WITHOUT PREJUDICE**</u> |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Robert Waldheger, through counsel, hereby dismisses any and all claims as to all Defendants without prejudice to refiling against Defendants.

Respectfully submitted,

/s/Christopher P. Thorman
CHRISTOPHER P. THORMAN (0056013)
cthorman@thllaw.com
PETER HARDIN-LEVINE (0014288)
plevine@thllaw.com
MARK GRIFFIN (0064141)
mgriffin@thllaw.com
Thorman & Hardin-Levine Co., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite. 207
Cleveland, Ohio 44113
Phone: 216-621-9767
Fax: 216-621-3422

/s/ R. Eric Kennedy
R. ERIC KENNEDY (0006174)
ekennedy@weismanlaw.com
DANIEL P. GOETZ (0065549)
dgoetz@weismanlaw.com
Weisman, Kennedy & Berris Co., L.P.A.
Suite 1600 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Phone: 216-781-1111
Fax: 216-781-6747

*Counsel for Plaintiff Robert Waldheger*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all parties through the Court's electronic filing system, on this 31st day of July, 2009.

Respectfully submitted,

_/s/Christopher P. Thorman_
CHRISTOPHER P. THORMAN (0056013)
cthorman@thllaw.com
PETER HARDIN-LEVINE (0014288)
plevine@thllaw.com
MARK GRIFFIN (0064141)
mgriffin@thllaw.com

Thorman & Hardin-Levine Co., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite. 207
Cleveland, Ohio 44113
Phone: 216-621-9767
Fax: 216-621-3422

*Counsel for Plaintiff Robert Waldheger*

2